FILED

10/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0361

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0361

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

MAUREEN THERESE DOUBEK,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 18, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 19 2021